MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMIE ESCAMILLA, JR, a minor individual, by and through his guardian ad litem, JAMIE ESCAMILLA, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>NOVATO COMMUNITY HOSPITAL *et al.*,<br><br>    Defendant. | No. C-11-1213 SBA<br><br>STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: June 29, 2011<br>Time: 3:30 p.m.<br>Location: Via Telephone |

[STIPULATION AND ORDER TO CONTINUE INITIAL CMC]
C-11-1213- SBA

1    WHEREAS, on March 23, 2011, the Honorable District Court Judge Saundra Brown Armstrong issued a Case Management Scheduling Order for Reassigned Civil Cases ("Scheduling Order") setting the initial case management conference in the above-captioned matter for June 29, 2011 at 3:30 p.m.;

WHEREAS, counsel for the Federal Defendant, United States of America (Marin Community Clinic) is not available on that date because she is scheduled to be in trial in another matter;

WHEREAS, counsel for the Federal Defendant sent correspondence to plaintiff's counsel Jeremy R. Fietz, Esq., and Patricia A. Timm, Esq. counsel for the defendant Sutter Health and Sutter West Bay Hospitals dba Novato Community Hospital; Kathryn A. Martin, Esq. counsel for the defendant Eric Scher, M.D., and Thomas Donnelley and Erin Sabey, Esq. counsel for defendant David Thompson, M.D. requesting that the initial case management conference be continued and all parties agree that July 13, 2011 at 3:30 p.m. was an acceptable date;

ACCORDINGLY, it is hereby agreed by the Parties, and respectfully requested that the initial case management conference currently set for June 29, 2011 at 3:30 p.m. be continued to July 13, 2011 at 3:30 p.m.

So Stipulated

DATED: April 7, 2011                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                            S/ Melissa Sladden
                                        _____
                                        MELISSA SLADDEN
                                        Assistant United States Attorney

DATED: April 7, 2011                    JEREMY R. FIETZ, ESQ.,
                                        The Edgar Law Firm

                                            S/ Jeremy Fietz
                                        _____
                                        JEREMY R. FIETZ, ESQ.
                                        Attorneys for Plaintiff

[STIPULATION AND ORDER TO CONTINUE INITIAL CMC]
C-11-1213- SBA

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 7, 2011 | KATHRYN A. MARTIN, ESQ., Hassard Bonnington, LLP |
| 3 | | |
| | | S/ Kathryn Martin |
| 4 | | _____ |
| | | KATHRYN MARTIN, ESQ. |
| 5 | | Attorneys for Defendant Eric Scher, M.D. |
| 6 | | |
| | DATED: April 7, 2011 | THOMAS DONNELLY, ESQ., |
| 7 | | The Edgar Law Firm |
| 8 | | S/ Thomas Donnelley |
| | | _____ |
| 9 | | THOMAS DONNELLY, ESQ. |
| | | Attorneys for Defendant |
| 10 | | David Thompson, M.D. |
| 11 | DATED: April 7, 2011 | PATRICIA TIMM, ESQ., |
| | | Galloway, Lucchese, Everson & Picchi |
| 12 | | |
| 13 | | S/ Patricia Timm |
| | | _____ |
| 14 | | PATRICIA TIMM, ESQ. |
| | | Attorneys for Defendant |
| 15 | | Sutter Health and Sutter West Bay Hospitals |
| | | dba Novato Community Hospital |
| 16 | | |

## ORDER

Pursuant to the stipulation of the parties, the initial case management conference currently set for June 29, 2011 at 3:30 p.m. is continued to July 13, 2011 at 3:30 p.m.. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED

[STIPULATION AND ORDER TO CONTINUE INITIAL CMC]
C-11-1213- SBA

1 | Dated: _4/8/11                            _____
2 |                                           SAUNDRA BROWN ARMSTRONG
3 |                                           United States District Court Judge
4 |
5 |
...
28 |

[STIPULATION AND ORDER TO CONTINUE INITIAL CMC]
C-11-1213- SBA