1 | **Donald S. Edgar, Esq., SBN 139324**
**Jeremy R. Fietz, Esq., SBN 200396**
2 | *EDGAR LAW FIRM*
408 College Avenue
3 | Santa Rosa, California  95401
Telephone:  (707) 545-3200
4 | Facsimile:  (707) 578-3040

5 | Attorneys for Plaintiff
JAIME ESCAMILLA, JR.

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | JAIME ESCAMILLA, JR., a minor individual, ) **Case No: 11-01213 - SBA**
by and through his guardian ad litem, JAIME )
ESCAMILLA, SR., ) **(Unlimited Civil)**

12

13 |                 Plaintiff, ) **STIPULATION AND ORDER TO**
) **CONTINUE CASE MANAGEMENT**
) **CONFERENCE**

14 |   v. )
) **Honorable Saundra Brown Armstrong**

15

16 | NOVATO COMMUNITY HOSPITAL, a )
corporate entity; SUTTER HEALTH, a corporate )
entity; MARIN COMMUNITY CLINIC, a non- )

17 | profit corporate entity; ERIC SCHER, M.D., an )
individual; DAVID THOMPSON, M.D., an )

18 | individual; and DOES 1 through 20, inclusive, )
)

19 |                 Defendants. )
)

20 | )
)

21 | _____ )

22

23 |         The parties had their initial case status conference on July 13, 2011, by phone.

24 |         Before addressing the substance of the joint case management statement, the Court's

25 | Clerk requested that the parties consider referral to a Magistrate Judge for this case and

continued the Initial Case Management Conference to July 28, 2011, at 4:30 by phone.

**STIPULATION AND ORDER**         Page 1

1    As there are a number of parties in this case, the parties require more time to determine

2 whether a Magistrate Judge is agreeable to all and/or if referral to a particular Magistrate Judge is

3 agreeable to all.

4    As a result, the parties request further continuance of the Initial Case Management

5 Conference to accommodate this consideration as set forth in the proposed Order below.

6

7 Dated:  June 21, 2011                                  **EDGAR LAW FIRM**

8

9                                                        _____/S/_____
                                                         Jeremy R. Fietz, Esq.
10                                                       Attorneys for Plaintiff

11

12 Dated: June 21, 2011                                  MELINDA HAAG
                                                         United States Attorney
13                                                       JOANN M. SWANSON
                                                         Chief Civil Division
14
                                                         _____/S/_____
15                                                       Melissa K.B. Sladden
                                                         Assistant United States Attorney
16                                                       Attorneys for Defendant
                                                         United States of America
17

18
   Dated:  June 21, 2011                                GALLOWAY, LUCCHESE, EVERSON &
19                                                       PICCHI

20

21                                                       _____/S/_____
                                                         Patricia A. Timm, Esq.
22                                                       Attorneys for Defendants
                                                         Sutter Health and Sutter West Bay
23                                                       Hospitals, dba Novato Community
                                                         Hospital
24

25

**STIPULATION AND ORDER**          Page 2

Dated:  June 21, 2011

HASSARD BONNINGTON LLP

_____/S/_____

Joanna L. Storey, Esq.
Attorneys for Defendant
Eric Scher, M.D.

Dated:  June 21, 2011

DONNELLY NELSON DEPOLO &
MURRAY

_____/S/_____

Erin R. Sabey, Esq.
Attorneys for Defendant
David Thompson, M.D.

## ORDER:

Based upon the foregoing stipulation of the parties, it is hereby ordered that:

The Initial Case Management Conference be further continued to: __3:30____ ~~a.m.~~p.m.

on ~~XXXXXXXXXX~~ October 6, 2011 by phone, with Plaintiffs' counsel to arrange and have all counsel on the

phone before contacting the Court.  If the parties agree upon referral to a Magistrate Judge in

advance of that date, the parties are to file an appropriate stipulation at which time the Initial

Case Management Conference will be vacated and appropriate referral will be made by the

Court.

Dated:  _____

**Honorable Saundra Brown Armstrong**

**STIPULATION AND ORDER**          Page 3

1   **<u>CERTIFICATE OF SERVICE</u>**

2   A Copy of the foregoing electronically
    on all counsel of record
3   this 28<u>th</u> day of July, 2011.

4

5   <u>s/ Jeremy R. Fietz</u>

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 4:11-cv-01213-SBA   Document 36   Filed 07/28/11   Page 44 of 44