MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Federal Defendant,
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE ESCAMILLA, JR, a minor individual, by and through his guardian ad litem, JAMIE ESCAMILLA, SR. <br><br> Plaintiff, <br><br> v. <br><br> NOVATO COMMUNITY HOSPITAL, a orporate entity; SUTTER HEALTH, a corporate entity; UNITED STATES OF AMERICA; ERIC SCHER, M.D., an individual; DAVID THOMPSON, M.D., an individual; and DOES 1 through 20, inclusive, <br><br> Defendant. | No. C-11-1213 SBA <br><br><br> **STIPULATION AND ORDER REGARDING ASSIGNMENT OF ACTION TO MAGISTRATE JUDGE MARIA-ELENA JAMES** |

The plaintiff, Jamie Escamilla Jr., ("Plaintiff") and the defendants, Novato Community

Hospital, a corporate entity; Sutter Health, a corporate entity; the United States of America; Eric

Scher, M.D., an individual; David Thompson, M.D., an individual (collectively "Defendants")

by and through their counsel stipulate to the following:

WHEREAS, the parties had their initial case status conference on July 13, 2011, by

telephone.

STIP AND [PROPOSED] ORDER RE ASSIGNMENT TO MAG. JUDGE-C-11-1213] SBA

1    WHEREAS, before addressing the substance of the joint case management statement, the

2    Court's Clerk requested that the parties consider referral to a Magistrate Judge for this case;

3    WHEREAS, the parties have considered referral of this case to a magistrate judge and

4    have agreed to consent to Magistrate Judge Maria-Elena James;

5    ACCORDINGLY, the parties agree and stipulate and request as follows:

6    This action be assigned to Magistrate Judge Maria-Elena James.

7    So Stipulated.

8    Dated:  August 25, 2011                        EDGAR LAW FIRM

9                                                   _____
                                                         /S/
10                                                  Jeremy R. Fietz, Esq.
                                                    Attorneys for Plaintiff

11

12    Dated: August 25, 2011                        MELINDA HAAG
                                                    United States Attorney

13                                                  _____
                                                         /S/
14                                                  Melissa K.B. Sladden
                                                    Assistant United States Attorney
                                                    Attorneys for Defendant
15                                                  United States of America

16

17    Dated:  August 25, 2011                       GALLOWAY, LUCCHESE, EVERSON &
                                                    PICCHI

18                                                  _____
                                                         /S/
19                                                  Patricia A. Timm, Esq.
                                                    Attorneys for Defendants
                                                    Sutter Health and Sutter West Bay
20                                                  Hospitals, dba Novato Community
                                                    Hospital

21

22    Dated:  August 25, 2011                       HASSARD BONNINGTON LLP

23                                                  _____
                                                         /S/
                                                    Joanna L. Storey, Esq.
24                                                  Attorneys for Defendant
                                                    Eric Scher, M.D.

25    Dated:  August 25, 2011                       DONNELLY NELSON DEPOLO &
                                                    MURRAY

26

27                                                  _____
                                                         /S/
                                                    Erin R. Sabey, Esq.
28                                                  Attorneys for Defendant
                                                    David Thompson, M.D.

STIP AND [PROPOSED] ORDER RE ASSIGNMENT TO MAG. JUDGE-C-11-1213] SBA

1

**ORDER**

2        Pursuant to the stipulation of the parties, this action shall be assigned to Magistrate Judge

3   Maria-Elena James, and the case management conference scheduled for October 6, 2011 is vacated.

4

5        IT IS SO ORDERED

6

7   Dated: 8/30/11

8                                                        *Saundra B Armstrong*
                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28