MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.sladden@usdoj.gov

Attorneys for Federal Defendant,
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE ESCAMILLA, JR, a minor individual, by and through his guardian ad litem, JAMIE ESCAMILLA, SR.<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NOVATO COMMUNITY HOSPITAL, a orporate entity; SUTTER HEALTH, a corporate entity; UNITED STATES OF AMERICA; ERIC SCHER, M.D., an individual; DAVID THOMPSON, M.D., an individual; and DOES 1 through 20, inclusive,<br><br>　　　Defendant. | No. C-11-1213 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE** |

STIP AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE C-11-1213 MEJ

1  The plaintiff, Jamie Escamilla Jr., ("Plaintiff") and the defendants, Novato Community
2 Hospital, a corporate entity; Sutter Health, a corporate entity; the United States of America; Eric
3 Scher, M.D., an individual; David Thompson, M.D., an individual (collectively "Defendants") by
4 and through their counsel stipulate to the following:
5  WHEREAS, the current deadline by which to complete mediation is December 20, 2011;
6  WHEREAS, the parties were invited by the Court to submit a stipulation to extend the
7 mediation deadline;
8  WHEREAS, the parties believe it will be beneficial to the mediation to allow for some
9 discovery to proceed prior to the mediation;
10  WHEREAS, the parties will not be able to complete the necessary discovery prior to
11 December 20, 2011;
12  WHEREAS, the mediator has consented to this extension;
13  WHEREAS, the parties have tentatively scheduled the mediation for April 23, 2012, but
14 there is some risk that pre-existing trial dates in other matters may present a conflict;
15  ACCORDINGLY, the parties request that the following dates be adopted by the Court:
16 that the mediation deadline in this action be extended from December 20, 2011 to June 1, 2012.
17 So Stipulated.

19 Dated:  October 21, 2011        EDGAR LAW FIRM

20                                                    /S/
                                            Jeremy R. Fietz, Esq.
21                                          Attorneys for Plaintiff

23 Dated: October 21, 2011         MELINDA HAAG
                                            United States Attorney
24                                                    /S/
                                            Melissa K.B. Sladden
25                                          Assistant United States Attorney
                                            Attorneys for Defendant
26                                          United States of America
//
27 //
//
28

STIP AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE C-11-1213 MEJ
2

| | | |
|---|---|---|
| 1 | Dated: October 21, 2011 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 2 | | |
| 3 | | /S/ |
| | | Patricia A. Timm, Esq. |
| | | Attorneys for Defendants |
| 4 | | Sutter Health and Sutter West Bay Hospitals, dba Novato Community |
| 5 | | Hospital |
| 6 | Dated: October 21, 2011 | HASSARD BONNINGTON LLP |
| 7 | | /S/ |
| | | Joanna L. Storey, Esq. |
| 8 | | Attorneys for Defendant |
| | | Eric Scher, M.D. |
| 9 | Dated: October 21, 2011 | DONNELLY NELSON DEPOLO & |
| 10 | | MURRAY |
| 11 | | /S/ |
| | | Erin R. Sabey, Esq. |
| 12 | | Attorneys for Defendant |
| | | David Thompson, M.D. |

STIP AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE C-11-1213 MEJ

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the mediation deadline in this action is extended from December 20, 2011 to June 1, 2012.

IT IS SO ORDERED

Dated: October 21, 2011

_____
MARIA-ELENA JAMES
United States Magistrate Judge

STIP AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE C-11-1213 MEJ
4