1  **Donald S. Edgar, Esq., SBN 139324**
   **Jeremy R. Fietz, Esq., SBN 200396**
   *EDGAR LAW FIRM*
2  408 College Avenue
   Santa Rosa, California  95401
3  Telephone:  (707) 545-3200
   Facsimile:  (707) 578-3040
4

5  Attorneys for Plaintiff
   JAIME ESCAMILLA, JR.

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 JAIME ESCAMILLA, JR., a minor individual,   ) **Case No: 11-01213 - SBA**
   by and through his guardian ad litem, JAIME  )
11 ESCAMILLA, SR.,                              ) **(Unlimited Civil)**
                                                )
12                Plaintiff,                    ) **STIPULATION AND [PROPOSED]**
                                                ) **ORDER TO CONTINUE MEDIATION**
13                                              ) **DEADLINE**
                                                )
14   v.                                         )
                                                )
                                                )
15 NOVATO COMMUNITY HOSPITAL, a                 )
   corporate entity; SUTTER HEALTH, a corporate )
16 entity; MARIN COMMUNITY CLINIC, a non-       )
   profit corporate entity; ERIC SCHER, M.D., an)
17 individual; DAVID THOMPSON, M.D., an         )
   individual; and DOES 1 through 20, inclusive,)
18                                              )
                Defendants.                     )
19                                              )
                                                )
20                                              )

21

22

23        Plaintiff, Jaime Escamilla, Jr., ("Plaintiff") and defendants, Novato Community Hospital,

24 a corporate entity; Sutter Health, a corporate entity; the United States of America; Eric Scher,

25

**STIPULATION AND ORDER**           Page 1

M.D., an individual; David Thompson, M.D., an individual (collectively "Defendants") by and through their counsel stipulate to the following:

WHEREAS, the current deadline by which to complete mediation is June 1, 2012, and mediation had been tentatively scheduled for April 23, 2012;

WHEREAS, the parties stipulate to extend the mediation deadline;

WHEREAS, the parties' schedules could not accommodate a mediation prior to July 24, 2012;

WHEREAS, the mediator has consented to this extension;

WHEREAS, the parties and mediator have now scheduled the mediation for July 24, 2012;

ACCORDINGLY, the parties request that the following dates be adopted by the Court: The mediation deadline in this action be extended from June 1, 2012, to July 24, 2012. So Stipulated.

Dated:  April 20, 2012                                  *EDGAR LAW FIRM*

                                                         _____/S/_____
                                                         Jeremy R. Fietz, Esq.
                                                         Attorneys for Plaintiff


Dated:  April 20, 2012                                  MELINDA HAAG
                                                         United States Attorney
                                                         JOANN M. SWANSON
                                                         Chief Civil Division

                                                         _____/S/_____
                                                         Melissa K.B. Sladden
                                                         Assistant United States Attorney
                                                         Attorneys for Defendant
                                                         United States of America

1

2  Dated:  April 20, 2012                    GALLOWAY, LUCCHESE, EVERSON & PICCHI

3

4                                             /S/_____
   G. Patrick Galloway, Esq.
5  Attorneys for Defendants
   Sutter Health and Sutter West Bay
6  Hospitals, dba Novato Community
   Hospital
7

8

9  Dated:  April 20, 2012                    HASSARD BONNINGTON LLP

10

11                                            /S/_____
   John Etchevers, Esq.
12 Attorneys for Defendant
   Eric Scher, M.D.

13

14 Dated:  April 20, 2012                    DONNELLY NELSON DEPOLO & MURRAY

15

16                                            /S/_____
17 Thomas Donnelly, Esq.
   Attorneys for Defendant
18 David Thompson, M.D.

19

20

21

22

23

24

25

**STIPULATION AND ORDER**            Page 3

**[PROPOSED] ORDER:**

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that:

The mediation deadline in this action is extended from June 1, 2012 to July 24, 2012.

Dated:   April 20, 2012            _____
                                   MARIA-ELENA JAMES
                                   United States Magistrate Judge