**Donald S. Edgar, Esq., SBN 139324**
**Jeremy R. Fietz, Esq., SBN 200396**
*EDGAR LAW FIRM*
408 College Avenue
Santa Rosa, California  95401
Telephone:  (707) 545-3200
Facsimile:  (707) 578-3040

Attorneys for Plaintiff
JAIME ESCAMILLA, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ESCAMILLA, JR., a minor individual, by and through his guardian ad litem, JAIME ESCAMILLA, SR.,<br><br>           Plaintiff,<br><br>   v.<br><br>NOVATO COMMUNITY HOSPITAL, a corporate entity; SUTTER HEALTH, a corporate entity; MARIN COMMUNITY CLINIC, a non-profit corporate entity; ERIC SCHER, M.D., an individual; DAVID THOMPSON, M.D., an individual; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No: 11-01213 - SBA<br><br>**(Unlimited Civil)**<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE MEDIATION**<br>**DEADLINE** |

Plaintiff, Jaime Escamilla, Jr., ("Plaintiff") and defendants, Novato Community Hospital, a corporate entity; Sutter Health, a corporate entity; the United States of America; Eric Scher,

---

**STIPULATION AND ORDER**          Page 1

M.D., an individual; David Thompson, M.D., an individual (collectively "Defendants") by and through their counsel stipulate to the following:

WHEREAS, the current deadline by which to complete mediation is June 1, 2012, and mediation had been tentatively scheduled for April 23, 2012;

WHEREAS, the parties stipulate to extend the mediation deadline;

WHEREAS, the parties' schedules could not accommodate a mediation prior to July 24, 2012;

WHEREAS, the mediator has consented to this extension;

WHEREAS, the parties and mediator have now scheduled the mediation for July 24, 2012;

ACCORDINGLY, the parties request that the following dates be adopted by the Court: The mediation deadline in this action be extended from June 1, 2012, to July 24, 2012. So Stipulated.

Dated:  April 20, 2012                           *EDGAR LAW FIRM*

                                                              /S/_____
                                       Jeremy R. Fietz, Esq.
                                       Attorneys for Plaintiff

Dated:  April 20, 2012                           MELINDA HAAG
                                       United States Attorney
                                       JOANN M. SWANSON
                                       Chief Civil Division

                                        /S/_____
                                       Melissa K.B. Sladden
                                       Assistant United States Attorney
                                       Attorneys for Defendant
                                       United States of America

1
2  Dated:  April 20, 2012                                      GALLOWAY, LUCCHESE, EVERSON & PICCHI
3
4                                                                            /S/
                                                                G. Patrick Galloway, Esq.
5                                                               Attorneys for Defendants
                                                                Sutter Health and Sutter West Bay
6                                                               Hospitals, dba Novato Community Hospital
7

8
9  Dated:  April 20, 2012                                      HASSARD BONNINGTON LLP
10
11                                                                           /S/
                                                                John Etchevers, Esq.
                                                                Attorneys for Defendant
12                                                              Eric Scher, M.D.
13

14 Dated:  April 20, 2012                                      DONNELLY NELSON DEPOLO & MURRAY
15
16                                                                           /S/
17                                                              Thomas Donnelly, Esq.
                                                                Attorneys for Defendant
18                                                              David Thompson, M.D.
19
20
21
22
23
24
25

**STIPULATION AND ORDER**           Page 3

### [~~PROPOSED~~] ORDER:

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that:

The mediation deadline in this action is extended from June 1, 2012 to July 24, 2012.

Dated: April 20, 2012

_____
MARIA-ELENA JAMES
United States Magistrate Judge