UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMIE ESCAMILLA, JR.,<br><br>               Plaintiff,<br>   v.<br>NOVATO COMMUNITY HOSPITAL, et al.,<br><br>               Defendants.<br>_____/ | No. C11-1213 MEJ<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT AND DISMISS DEFENDANT MARIN COMMUNITY CLINIC**<br><br>**Re: Docket No. 50** |

     Pending before the Court is Plaintiff Jaime Escamilla, Jr.'s Motion to Amend Complaint and to Dismiss Defendant Marin Community Clinic. Having received no opposition, the Court hereby GRANTS Plaintiff's motion and DISMISSES Marin Community Clinic. Plaintiff shall e-file the amended complaint as a separate docket entry.

     **IT IS SO ORDERED.**

Dated: August 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge