# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME ESCAMILLA, JR., a minor individual, by and through his guardian ad litem, JAIME ESCAMILLA, SR., <br><br> Plaintiff, <br><br> v. <br><br> NOVATO COMMUNITY HOSPITAL, a corporate entity; SUTTER HEALTH, a corporate entity; ERIC SCHER, M.D., an individual; DAVID THOMPSON, M.D., an individual; RALPH KOENKER, M.D., an individual; and DOES 2 through 20, inclusive, <br><br> Defendants. | Case No: 11-01213 - MEJ <br><br> **ORDER TO REMAND** <br><br> **Honorable Maria-Elena James** |

Pursuant to the parties' stipulation, and upon consideration of the removal of the federal defendant and this Court's discretion, it is hereby ordered that this matter be Remanded back to the State Court for continuation of the litigation. The Clerk of this Court is hereby ordered to complete the necessary steps to transfer this matter back to the Superior Court for the County of Marin. Unless otherwise ordered by the Superior Court for the County of Marin, the defendants shall file their responsive pleadings to the newly amended complaint in the Marin County Superior Court within 60 days from the date of this order.

Dated: August 21, 2012



**ORDER TO REMAND**     Page 1